UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
Berish Weinberger,                                    Civil Action No:
                                                      1:21-cv-1026
                                    Plaintiff,

   -v.-

Monarch Recovery Management, Inc.;
and John Does 1-25;

                                  Defendants.
---------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

    Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 9th day of December, 2021

                                              */s/Eliyahu Babad*
                                              Eliyahu Babad, Esq.
                                              **Stein Saks, PLLC**
                                              One University Plaza
                                              Hackensack, NJ 07205
                                              Phone: 201-282-6500
                                              ebabad@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 9, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      */s/ Eliyahu Babad*
                                                      Eliyahu Babad, Esq.